UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN FAUST

    Plaintiff,                                      Case No. 20-cv-10365
                                              Hon. Matthew F. Leitman

v.

FLINT TOWNSHIP, *et al.*,

    Defendants.

_____/

## ORDER TO APPEAR FOR MOTION HEARING

On November 25, 2020, the law firm of Romano Law PLLC, counsel of record for Plaintiff Brian Faust, filed a motion to withdraw as Faust's counsel. (*See* Mot., ECF No. 14.) On January 15, 2020, the Court issued a Notice of Hearing setting Romano Law's motion for a video hearing on February 25, 2021, at 1:30 p.m. (*See* Notice of Hearing, ECF No. 17.) The Court orders that Faust's current counsel, Defendants' counsel, ***and*** Faust shall all personally attend the scheduled video hearing on Romano Law's motion to withdraw.

By no later than **January 20, 2021**, Faust's current counsel shall (1) serve the Notice of Hearing and this order upon Faust by both email (if possible) and First Class Mail and (2) file a proof of service on the docket confirming that it has served Faust with both documents.

    **IT IS SO ORDERED**.

                                                           s/Matthew F. Leitman
                                                           MATTHEW F. LEITMAN
                                                            UNITED STATES DISTRICT JUDGE

Dated: January 15, 2021

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 15, 2021, by electronic means and/or ordinary mail.

                                        s/Holly A. Monda
                                        Case Manager
                                        (810) 341-9764